UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
   DENIS ALBERT ATCHLEY, JR. :
      Debtor : CHAPTER 13
 :
JACK N. ZAHAROPOULOS :
STANDING CHAPTER 13 TRUSTEE :
      Movant : CASE NO. 1-25-bk-00930
 :
DENIS ALBERT ATCHLEY, JR. :
      Respondent :

TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

    AND NOW, this 12th day of June 2025, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced Debtor(s)' Plan for the following reason(s):

    1.    Debtor(s)' Plan violates 11 U.S.C. §1325(a)(4) in that the value of property to be distributed under the Plan on account of each allowed unsecured claim is less than the amount that would be paid on such claim if the estate were liquidated under Chapter 7. More specifically, Debtor has access to non-exempt equity in the following:

      a. Residential real estate. Trustee requests a copy of the Listing Agreement.
      b. Inheritance

    WHEREFORE, Trustee alleges and avers that Debtor(s)' Plan cannot be confirmed, and therefore Trustee prays that this Honorable Court will:

      a. Deny confirmation of Debtor(s)' Plan.
      b. Dismiss or convert Debtor(s)' case.
      c. Provide such other relief as is equitable and just.

                                        Respectfully submitted:

                                        Jack N. Zaharopoulos
                                        Standing Chapter 13 Trustee
                                        8125 Adams Drive, Suite A
                                        Hummelstown, PA 17036
                                        (717) 566-6097

                                    BY: /s/ Agatha R. McHale
                                        Attorney for Trustee

## CERTIFICATE OF SERVICE

        AND NOW, this 12th day of June 2025, I hereby certify that I have served the within Objection by electronically notifying all parties or by depositing a true and correct copy of the same in the Unites States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

BRENT DIEFENDERFER ESQUIRE
CGA LAW FIRM
135 NORTH GEORGE STREET
YORK, PA   17401-

                                                /s/Tammy Life
                                                Office of Jack N. Zaharopoulos
                                                Standing Chapter 13 Trustee