United States Bankruptcy Court
Middle District of Pennsylvania

In re:          Case No. 25-00930-HWV
Denis Albert Atchley, Jr.          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 2
Date Rcvd: Sep 11, 2025      Form ID: ordsmiss      Total Noticed: 15

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Denis Albert Atchley, Jr., 771 Plank Road, New Freedom, PA 17349-9155 |
| 5701852 | + | ANDREW CALLAHAN, ESQ., 1 INTERNATIONAL PLAZA, 5TH FLOOR, PHILADELPHIA, PA 19113-1510 |
| 5701848 | + | BRENT C. DIEFENDERFER, CGA LAW FIRM, 135 NORTH GEORGE STREET, YORK, PA 17401-1132 |
| 5701854 | + | HLADIK ONORATO & FEDERMAN, LLP, 298 WISSAHICKON AVE., NORTH WALES, PA 19454-4156 |
| 5701856 | + | MIDLAND FUNDING, LLC, C/O HAYT HAYT & LANDAU, 123 S. BROAD STREET, SUITE 1660, PHILADELPHIA, PA 19109-1003 |
| 5701849 | + | SECRETARY OF TREASURY, 15TH & PENN AVENUE NW, WASHINGTON, DC 20220-0001 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 11 2025 18:53:33 | CACH, LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5714422 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 11 2025 18:53:31 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5701853 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 11 2025 18:46:00 | FLAGSTAR BANK, 5151 CORPORATE DRIVE, TROY, MI 48098-2639 |
| 5701850 | | EDI: IRS.COM | Sep 11 2025 22:39:00 | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATION, P.O. BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5717822 | | EDI: JEFFERSONCAP.COM | Sep 11 2025 22:39:00 | Jefferson Capital Systems LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 5719494 | | Email/Text: nsm_bk_notices@mrcooper.com | Sep 11 2025 18:46:00 | Nationstar Mortgage LLC, Attn: Bankruptcy Dept, PO Box 619096, Dallas TX 752619741 |
| 5724016 | ^ | MEBN | Sep 11 2025 18:40:36 | Nationstar Mortgage LLC, c/o Stern & Eisenberg, PC, 1581 Main Street, Ste. 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| 5705148 | + | Email/Text: ecfbnc@aldridgepite.com | Sep 11 2025 18:46:00 | Nationstar Mortgage LLC, c/o ALDRIDGE PITE, LLP, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |
| 5701851 | | EDI: PENNDEPTREV | Sep 11 2025 22:39:00 | PENNSYLVANIA DEPARTMENT OF REVENUE, BANKRUPTCY DIVISION, PO BOX 280946, HARRISBURG, PA 17128-0946 |

TOTAL: 9

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5701847 | *+ | DENIS ALBERT ATCHLEY, JR., 771 PLANK ROAD, NEW FREEDOM, PA 17349-9155 |
| 5701855 | ##+ | MIDLAND FUNDING LLC, P.O. BOX 517, ESSINGTON, PA 19029-0517 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2025        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 11, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent Diefenderfer | on behalf of Debtor 1 Denis Albert Atchley Jr. bdiefenderfer@cgalaw.com, jhall@cgalaw.com;rshearer@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;ephillips@cgalaw.com;r48835@notify.bestcase.com |
| Daniel Philip Jones | on behalf of Creditor Nationstar Mortgage LLC djones@sterneisenberg.com bkecf@sterneisenberg.com |
| Denise E. Carlon | on behalf of Creditor Nationstar Mortgage LLC bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Matthew K. Fissel | on behalf of Creditor Nationstar Mortgage LLC bkgroup@kmllawgroup.com wbecf@brockandscott.com |
| Steven K Eisenberg | on behalf of Creditor Nationstar Mortgage LLC seisenberg@sterneisenberg.com bkecf@sterneisenberg.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Denis Albert Atchley Jr., <br> aka Denis Albert Atchley, | Chapter 13 |
| **Debtor 1** | Case No. 1:25−bk−00930−HWV |

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

*Henry W. Van Eck* (signature)

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: September 11, 2025

ordsmiss (05/18)